# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ROSS BARRANCO & KATIE SHIER,<br><br>    Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF MICHIGAN BOARD OF REGENTS,<br><br>    A State Funded University,<br><br>    Defendant. | Case No. 2:23-cv-10646<br><br>Hon. Nancy G. Edmunds<br>Magistrate Judge Elizabeth A. Stafford |

## STIPULATION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT

The undersigned Parties hereby stipulate to the following:

1.   Plaintiffs have filed a complaint against the Defendant, the University of Michigan Board of Regents.

2.   The Court previously entered a stipulated order establishing a deadline of June 9, 2023, to respond to the complaint.  *See* ECF No. 5 at PageID.42.

3.   In light of developing epidemiological and other factual circumstances, effective April 27, 2023,[1] the University has changed its Transplant Center COVID-

---

[1] *Cf., e.g.,* Dep't of Health & Hum. Servs., *Fact Sheet: COVID-19 Public Health Emergency Transition Roadmap*, https://bit.ly/3VfevBf (last accessed Apr. 27, 2023).

1

19 Vaccination Requirement for Adult Transplant Candidates. Relevant to this litigation, COVID-19 vaccination will no longer be required prior to wait-listing of potential adult solid organ transplant recipients.

4. The parties have reached a resolution in this action. The parties are actively working to finalize settlement papers. After those papers are finalized, the parties will submit a proposed order of dismissal to the Court.

5. In agreeing to this Stipulation, the Defendant fully maintains and preserves all other defenses and objections, including immunities. *See* ECF No. 5 at PageID.43.

6. Plaintiffs also fully maintain and preserve all rights. *See id.*

7. Therefore, the Parties stipulate that the Defendant shall file and serve an answer or a motion under Rule 12 on or before June 30, 2023.

Dated: June 9, 2023                                                      Respectfully submitted,

*/s/ David C. Peters, II (with consent)*                  */s/ Stephen J. Cowen*
David C. Peters, II, JD, MS, PhD, Esq.           Stephen J. Cowen (P82688)
Licensed in Michigan (P48648)                       JONES DAY
PACIFIC JUSTICE INSTITUTE                       150 W. Jefferson Ave
Metro Detroit Office                                            Suite 2100
PO Box 51787                                                      Detroit, MI 48226-4438
Livonia, MI 48151-1787                                     P: (313) 733-3939
Phone: (734) 732-4050/(916) 857-6900     scowen@jonesday.com
dpeters@pji.org

*Counsel for Defendants*

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ROSS BARRANCO & KATIE SHIER,<br><br>    Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF MICHIGAN BOARD OF REGENTS,<br><br>    A State Funded University,<br><br>    Defendant. | Case No. 2:23-cv-10646<br><br>Hon. Nancy G. Edmunds<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER TO EXTEND DEADLINE
## TO RESPOND TO COMPLAINT

Pursuant to a Stipulation to Extend Deadline to Respond to the Complaint dated June 9, 2023, the Court orders that the Defendant shall file and serve an answer or a motion under Rule 12 on or before June 30, 2023. Consistent with the Stipulation, Defendant fully maintains all other defenses and objections, including immunities. Plaintiffs also fully maintain and preserve all rights.

s/ Nancy G. Edmunds
Hon. Nancy G. Edmunds
United States District Judge

Dated:  June 12, 2023