UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROSS BARRANCO & KATIE SHIER,<br><br>  Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF MICHIGAN BOARD OF REGENTS,<br><br>  A State Funded University,<br><br>  Defendant. | Case No. 2:23-cv-10646-NGE-EAS<br><br>Hon. Nancy G. Edmunds<br>Magistrate Judge Elizabeth A. Stafford |

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The undersigned Parties hereby stipulate to the following:

1.  In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate that this entire action shall be dismissed with prejudice.

2.  The Parties stipulate further that each side shall bear all of their own costs and fees, including all attorneys' fees.

1

| | |
|---|---|
| Dated: June 28, 2023 | Respectfully submitted, |
| */s/ David C. Peters (with consent)* | */s/ Stephen J. Cowen* |
| David C. Peters, II, JD, MS, PhD, Esq. | Stephen J. Cowen (P82688) |
| Licensed in Michigan (P48648) | JONES DAY |
| PACIFIC JUSTICE INSTITUTE | 150 W. Jefferson Ave |
| Metro Detroit Office | Suite 2100 |
| PO Box 51787 | Detroit, MI 48226-4438 |
| Livonia, MI 48151-1787 | P: (313) 733-3939 |
| Phone: (734) 732-4050/(916) 857-6900 | scowen@jonesday.com |
| dpeters@pji.org | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiffs* | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ROSS BARRANCO & KATIE SHIER,<br><br>　　Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF MICHIGAN BOARD OF REGENTS,<br><br>　　A State Funded University,<br><br>　　Defendant. | Case No. 2:23-cv-10646-NGE-EAS<br><br>Hon. Nancy G. Edmunds<br>Magistrate Judge Elizabeth A. Stafford |

## **ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to a Stipulation of Voluntary Dismissal with Prejudice dated June 28, 2023, the Court orders that this entire action shall be dismissed with prejudice, and that each party shall bear all of their own costs and fees, including all attorneys' fees. The Clerk of Court is directed to close this case.

Dated: June 29, 2023　　　　　　　　*s/ Nancy G. Edmunds*
　　　　　　　　　　　　　　　　　Hon. Nancy G. Edmunds
　　　　　　　　　　　　　　　　　United States District Judge